

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★                                            ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00417-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Michelle **KANAGUSICO**,
Kasuyuky Kanagusico, and Melissa Darthe Harrold,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 342,744
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed: August 25, 2010

DISMISSED

Appellant has filed a motion to dismiss this accelerated appeal of an interlocutory order, stating that the parties have reached a settlement in the underlying cause. Appellees have not opposed the dismissal. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the appellant.

PER CURIAM